UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
IN RE RAYTHEON SECURITIES           )      CIVIL ACTION NO.
LITIGATION                          )      99-12142-PBS
                                    )
**THIS DOCUMENT RELATES TO**        )
**ALL ACTIONS**                     )
_____ )
                                    )

## ORDER

January 3, 2005

Saris, U.S.D.J.

    In this securities fraud class action, class counsel has applied for reimbursement of $6,992,407.22 in out-of-pocket expenses for expert fees, photocopying, travel and other matters. Because of the high dollar figure, the Court requested additional information regarding reasonableness.

    Plaintiffs have submitted the supplemental declaration of lead counsel Sal Graziano in support of reimbursement of expenses, and the supplemental declaration of Deborah D. Richards, associate attorney to the comptroller of the state of New York. Largely because the New York State Common Retirement Fund audited the expenses, I find most of them to be reasonable. However, I continue to be concerned with the $992,464.50 in expert expenses. Unlike the attorneys, the experts have not submitted usual billing rates or contemporaneous time records. In light of the fact that this case began in 1999 and proceeded

until the eve of trial, I find that the number of hours does not appear excessive, particularly since the lead plaintiff audited the number of hours. However, I only award Scott Hakala and Charles Drott $350 an hour as a reasonable rate. Also, I disallow $394,597.06 for five non-testifying experts (Graziano Aff. ¶5) as only minimal information has been provided to justify the expenditures.

    Plaintiffs shall resubmit an application with these adjustments.

                                          **S/PATTI B. SARIS**
                                          United States District Judge